UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAYRA MEJIA, ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 1:19-cv-00177-JPH-MJD |
| PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA ) | |
|    Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Comes now the Parties, by their respective counsel, and stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by their respective counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Andrew K. Homan
Andrew K. Homan, #31823-49
HOMAN LEGAL
333 N. Alabama St. Suite 350
Indianapolis, IN 46204
Ph.: (317) 941-6996
Fax: (317) 639-3318
andrew@homanlegal.com
ATTORNEYS FOR PLAINTIFF

/s/ Christopher Busey
Christopher M. Busey
Seyfarth Shaw, LLP
233 South Wacker Dr. Suite 800
Chicago, Illinois 60606-6448
Ph: (312) 460-5234
Fax:
cbusey@seyfarth.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing STIPULATION OF DISMISSAL was filed electronically on August 2, 2019 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Christopher M. Busey
cbusey@seyfarth.com

I further certify that on August 2, 2019 service was made on the following nonregistered ECF counsel of record by placing copies of the foregoing STIPULATION OF DISMISSAL in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

    NONE

    /s/ Andrew K. Homan_____
    Andrew K. Homan