UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Stipulation of Dismissal, dkt. 23. JPH, 8/6/2019 Distribution via ECF.

| | |
|---|---|
| MAYRA MEJIA,<br>　　　Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA<br>　　　Defendant. | Case No.: 1:19-cv-00177-JPH-MJD |

## STIPULATION OF DISMISSAL

Comes now the Parties, by their respective counsel, and stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by their respective counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Andrew K. Homan_____<br>Andrew K. Homan, #31823-49<br>HOMAN LEGAL<br>333 N. Alabama St. Suite 350<br>Indianapolis, IN 46204<br>Ph.: (317) 941-6996<br>Fax: (317) 639-3318<br>andrew@homanlegal.com<br>ATTORNEYS FOR PLAINTIFF | /s/ Christopher Busey_____<br>Christopher M. Busey<br>Seyfarth Shaw, LLP<br>233 South Wacker Dr. Suite 800<br>Chicago, Illinois 60606-6448<br>Ph: (312) 460-5234<br>Fax:<br>cbusey@seyfarth.com<br>ATTORNEYS FOR DEFENDANT |